**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| KRISTEN KURTZ KOHLBERG, *individually and on behalf of all others similarly situated*, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Case No. 4:25CV466 JAR |
| ST. ANDREW'S RESOURCES FOR SENIORS SYSTEM, | ) ) ) ) |
| Defendant. | ) |

**ORDER OF DISMISSAL**

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 15].

Accordingly,

**IT IS SO ORDERED** that this action is **DISMISSED without prejudice** by virtue of Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party to bear their own costs.

Dated this 22nd day of August, 2025.

_____
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**